UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL LORINZO CAPERS,

    Plaintiff,

v.                                         CASE NO. 3:17cv38-MCR-CJK

LIEUTENANT GAYNOR, et al.,

    Defendants.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 26, 2017. ECF No. 4. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3. All pending motions are DENIED as moot.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of February, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**